FILED: July 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7054

_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

ZACKARY ELLIS SANDERS,

       Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed July 9, 2024, as follows:

On the cover page, the lower court information is corrected to read: "Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk